Reported in full in 43 How. Pr. 333.

---

### ANDREW W. GREEN v. THE N. Y. CENTRAL R. R. Co.

(*Decided in July*, 1872.)

A railroad company is not liable for a passenger's baggage lost by a connecting steamboat line, even though the company has given a check for the baggage to the terminus of the steamboat line, unless the company have some interest in or control over the carriage of passengers by such boat line.

In order to sustain an action against a railroad company for the loss of plaintiff's baggage upon a steamboat forming part of a connecting line, the plaintiff must show some community of interest in, or some control over, the carriage of passengers by such boat line.

Proof that the railroad company checked the baggage to the terminus of the boat line, although there be evidence that they did so for their own convenience, without proof that the passenger paid them for his passage by the boat, is not sufficient.

The statute (Laws of 1847, ch. 270, § 9) regulating the liability of a railroad company receiving freight to be transported by it to a point on a connecting road, cannot be extended so as to cover the case where the connecting route is a steamboat line.

*It seems*, that a railroad company has not implied power to bind itself by a contract for the delivery of passengers or baggage at a point beyond its route, by means of a connecting line of steamboats.

An admission by the superintendant of a railroad company, on the presentation of a claim for lost baggage, that the claim is a good one, is not competent evidence against the company in an action to recover for the loss.

APPEAL by defendants from a judgment entered on the verdict of a jury.

*Theron R. Strong*, for appellants.

*Charles M. Da Costa*, for respondent.

Opinion of the court* by ROBINSON, J.

Judgment reversed.

Reported in full in 12 Abb. Pr. N. S. 473.

---

* Present, DALY, Ch. J., ROBINSON and LARREMORE, JJ.